UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDDY PERALTA,

                        Plaintiff,

       -v-

ROBERT J. SUTER, JR. ET AL,

                        Defendants.
------------------------------------------------------------------X

19-cv-3993 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the parties shall appear for a post-discovery conference on May 11, 2020 at 10:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    In advance of the conference and no later than April 27, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by May 4, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the May 11, 2020 status conference.

    The deadline for submission of a Joint Pretrial Order shall be ADJOURNED to August 11, 2020.

    SO ORDERED.

Dated: February 11, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge