```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FREDDY PERALTA,                                                    :
                                                                   :
                        Plaintiff,                                 :
                                                                   :        19-cv-3993 (LJL)
        -v-                                                        :
                                                                   :           ORDER
ROBERT J. SUTER, JR. and QUALITY CARRIERS,                         :
INC.,                                                              :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

LEWIS J. LIMAN, United States District Judge:

    The parties have reached a settlement and submitted a proposed stipulation, asking the Court to dismiss the case with prejudice and to retain jurisdiction to enforce the terms and conditions of the settlement. Dkt. No. 22-1. The Court will not retain jurisdiction to enforce an agreement that is not publicly filed. If the parties would like this Court to retain jurisdiction to enforce the settlement, they shall publicly file the settlement agreement by October 28, 2020. Otherwise, the parties shall file an amended proposed stipulation, which does not include the reference to the Court's retention of jurisdiction.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge